```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 21127
    COURTNEY TALBOT DACRES
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2577


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       The case was filed on 11/10/2007 and was not confirmed.

       The case was transferred to Glenn Stearns, Trustee on 01/29/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------------
JPMORGAN CHASE BANK      NOTICE ONLY    NOT FILED             .00          .00
CHASE AUTO FINANCE       SECURED VEHIC   11566.74             .00          .00
HARRIS BANK              SECURED VEHIC   11000.00             .00          .00
LITTON LOAN SERVICING    CURRENT MORTG       .00              .00          .00
LITTON LOAN SERVICING    MORTGAGE ARRE   78777.83             .00          .00
AFNI INC                 UNSEC W/INTER  NOT FILED             .00          .00
AMERICAN GENERAL FINANCE UNSEC W/INTER  NOT FILED             .00          .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER     340.77             .00          .00
PREMIER RECOVERY  INC    UNSEC W/INTER  NOT FILED             .00          .00
US DEPT OF EDUCATION     UNSEC W/INTER   10814.07             .00          .00
USA ONE NATIONAL CREDIT  UNSEC W/INTER  NOT FILED             .00          .00
ROUNDUP FUNDING LLC      UNSEC W/INTER    1040.71             .00          .00
JPMORGAN CHASE BANK      NOTICE ONLY    NOT FILED             .00          .00
CAPITAL ONE              UNSECURED        1433.52             .00          .00
BENNIE W FERNANDEZ       DEBTOR ATTY         .00                           .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                        .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 05/23/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |