```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 21127
   COURTNEY TALBOT-DACRES
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2577


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/10/07 .

   2.  The case was dismissed without confirmation, 03/07/2008.

--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
LITTON LOAN SERVICING IN CURRENT MORTG          .00           .00            .00
LITTON LOAN SERVICING IN MORTGAGE ARRE    NOT FILED           .00            .00
CHASE AUTOMOTIVE FINANCE SECURED VEHIC          .00           .00            .00
HARRIS BANK CONSUMER LOA SECURED VEHIC    11000.00            .00            .00
ANDERSON FINANCIAL NETWO UNSECURED        NOT FILED           .00            .00
AMERICAN GENERAL FINANCE UNSECURED        NOT FILED           .00            .00
ASSET ACCEPTANCE CORP    UNSECURED        NOT FILED           .00            .00
WASHINGTON MUTUAL CARD S UNSECURED        NOT FILED           .00            .00
US DEPT OF EDUCATION     UNSECURED        NOT FILED           .00            .00
USA ONE NATIONAL CU      UNSECURED        NOT FILED           .00            .00
         Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  11000.00         .00          .00        .00     11000.00
PRINCIPAL PAID           .00         .00          .00        .00          .00
INTEREST PAID            .00         .00          .00        .00          .00
TOTAL PAID               .00         .00          .00        .00          .00
The Debtor's attorney, BENNIE W FERNANDEZ             , was allowed $       .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 06/25/08                /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
     CASE NO. 07 B 21127 COURTNEY TALBOT-DACRES
```